JS-6

LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90017
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DILEO-HAMILTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; DRIESSEN AIRCRAFT INTERIOR SYSTEMS, INC.; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. CV13-00727-ABC(AGRx)<br><br>**[PROPOSED] ORDER RE DISMISSAL**<br><br>Judge:    Hon. Audrey B. Collins<br>Ctrm.:    680 (Roybal) |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 10, 2014     By:_____

                                    Hon. Audrey B. Collins
                                    United States District Judge

**Order**